UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMIE HOFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:12 CV 1664 RWS |
| | ) |
| MEDICREDIT, INC., | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

Plaintiff Jamie Hoff's complaint asserts claims under the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. § 1692 *et seq.* and the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 against Defendant Medicredit, Inc. The claims arise from Medicredit's collection activities regarding a debt in the amount of $145.97 Hoff allegedly owes to a utility service.

On January 9, 2013, Hoff filed a motion to compel discovery in this matter. The motion sought an order compelling Medicredit to provide responses or to produce documents in response to several of Hoff's discovery requests. The parties report that the only discovery request remaining at issue is Hoff's Interrogatory No. 8.

Interrogatory No. 8 asks Medicredit to:

"Identify all present and past contracts or agreements between Defendant and any of Plaintiff's creditors and give the date of the initial contract or agreement with the creditor."

Medicredit objects to the interrogatory as overly broad and irrelevant to the issues in this litigation. This objection is well taken. The subject matter of this matter is the debt Hoff allegedly owes to a utility service. Hoff's request for Medicredit's present and past agreements

with any of Plaintiff's creditors is not related to the debt at issue and not reasonably calculated to lead to the discovery of admissible relevant evidence.

Accordingly,

**IT IS HEREBY ORDERED that** Plaintiff's motion to compel discovery responses [#13] is **DENIED**.

                                                                        */s/ Rodney W. Sippel*
                                                                        RODNEY W. SIPPEL
                                                                        UNITED STATES DISTRICT JUDGE

Dated this 31st day of January, 2013.